DISPOSITION OF PETITIONS FOR CERTIORARI TO THE COURT OF APPEALS

## MILLER v. KENNEDY

No. 9 PC.

Case below: 22 N.C. App. 163.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 August 1974.

## POTTER v. TYNDALL

No. 4 PC.

Case below: 22 N.C. App. 129.

Petitions of plaintiff and additional defendants for writ of certiorari to North Carolina Court of Appeals denied 3 September 1974.

## POWER CO. v. CITY OF HIGH POINT

No. 6 PC.

Case below: 22 N.C. App. 91.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 August 1974.

## REDMON v. GUARANTY CO.

No. 135 PC.

Case below: 21 N.C. App. 704.

Petition for writ of certiorari to North Carolina Court of Appeals denied 30 August 1974.

## ROCK v. BALLOU

No. 145 PC.

Case below: 22 N.C. App. 51.

Petition for writ of certiorari to North Carolina Court of Appeals allowed 30 August 1974.